# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 16-10671
_____

ASHFORD HOSPITALITY PRIME, INCORPORATED,

    Plaintiff - Appellee

v.

SESSA CAPITAL (MASTER), L.P.,

    Defendant-Third Party Plaintiff - Appellant

SESSA CAPITAL GP, L.L.C.; SESSA CAPITAL IM, L.P.; SESSA CAPITAL IM GP, L.L.C.; JOHN E. PETRY; PHILIP B. LIVINGSTON; LAWRENCE A. CUNNINGHAM; DANIEL B. SILVERS; CHRIS D. WHEELER,

    Defendants - Appellants

v.

DOUGLAS A. KESSLER; ANDREW STRONG; STEFANI D. CARTER; CURTIS B. MCWILLIAMS; MONTY J. BENNETT; ASHFORD HOSPITALITY ADVISORS, L.L.C.; ASHFORD, INCORPORATED; MATTHEW D. RINALDI; W. MICHAEL MURPHY,

    Third Party Defendants - Appellees

_____

Consolidated w/16-10672

ASHFORD HOSPITALITY PRIME, INCORPORATED,

    Plaintiff - Appellee

v.

SESSA CAPITAL (MASTER), L.P.; SESSA CAPITAL GP, L.L.C.; SESSA CAPITAL IM, L.P.; SESSA CAPITAL IM GP, L.L.C.; JOHN E. PETRY; PHILIP B. LIVINGSTON; LAWRENCE A. CUNNINGHAM; DANIEL B. SILVERS; CHRIS D. WHEELER,

        Defendants - Appellants

_____

Appeals from the United States District Court for the
Northern District of Texas, Dallas

_____

O R D E R:

    IT IS ORDERED that the appellants' motion to supplement the record of appeal with recently filed motions for contempt and a supporting appendix in the District Court is GRANTED.


                    /s/ Lyle W. Cayce
                    LYLE W. CAYCE
                    CLERK OF COURT

        ENTERED AT THE DIRECTION OF THE COURT

**Case No. 16-10671**

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

ASHFORD HOSPITALITY PRIME, INCORPORATED,

Plaintiff – Appellee

v.

SESSA CAPITAL (MASTER), L.P.,

Defendant–Third Party Plaintiff – Appellant

SESSA CAPITAL GP, L.L.C.; SESSA CAPITAL IM, L.P.; SESSA CAPITAL IM GP, L.L.C.; JOHN E. PETRY; PHILIP B. LIVINGSTON; LAWRENCE A. CUNNINGHAM; DANIEL B. SILVERS; CHRIS D. WHEELER,

Defendants – Appellants

v.

DOUGLAS A. KESSLER; ANDREW STRONG; STEFANI D. CARTER; CURTIS B. MCWILLIAMS; MONTY J. BENNETT; ASHFORD HOSPITALITY ADVISORS, L.L.C.; ASHFORD, INCORPORATED; MATTHEW D. RINALDI; W. MICHAEL MURPHY,

Third Party Defendants – Appellees

_____

**Consolidated w/16-10672**

_____

ASHFORD HOSPITALITY PRIME, INCORPORATED,

Plaintiff – Appellee

v.

SESSA CAPITAL (MASTER), L.P.; SESSA CAPITAL GP, L.L.C.; SESSA CAPITAL IM, L.P.; SESSA CAPITAL IM GP, L.L.C.; JOHN E. PETRY; PHILIP B. LIVINGSTON; LAWRENCE A. CUNNINGHAM; DANIEL B. SILVERS; CHRIS D. WHEELER,

Defendants – Appellants

_____

On Appeal from the United States District Court
For The Northern District of Texas, Dallas Division
Civ. Nos. 3:16-cv-00527-N and 3:16-cv-00713

_____

**APPELLANTS' MOTION TO SUPPLEMENT THE RECORD ON APPEAL OR TO TAKE JUDICIAL NOTICE OF FACTS DEMONSTRATING NON-MOOTNESS OF APPEAL**

_____

| | |
|---|---|
| John D. Byars | Glen E. Summers, Lead Counsel |
| BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP | Joseph W. Doman |
| Courthouse Place | BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP |
| 54 W. Hubbard Street, Suite 300 | 1899 Wynkoop Street, 8th Floor |
| Chicago, Illinois 60654 | Denver, Colorado 80202 |
| Telephone No. (312) 494-4400 | Telephone No. (303) 592-3100 |
| Facsimile No. (312) 494-4440 | Facsimile No. (303) 592-3140 |

*Attorneys for Appellants*

ii

Nos. 16-10671 and 16-10672

_____

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

*ASHFORD HOSPITALITY PRIME, INC. V. SESSA CAPITAL (MASTER), L.P.*

_____

## CERTIFICATE OF INTERESTED PERSONS

_____

The undersigned counsel of record certifies that the following listed persons and entities as described in the fourth sentence of Rule 28.2.1 have an interest in the outcome of this case. These representations are made in order that the judges of this Court may evaluate possible disqualification or recusal.

1. Sessa Capital (Master), L.P. ("Sessa"), Defendant-Appellant, Counterclaimant and Third-Party Claimant, is a Cayman Islands exempted limited partnership that is not publicly traded;

2. Sessa Capital GP, LLC, Defendant-Appellant, is a Delaware limited liability company that is not publicly traded;

3. Sessa Capital IM, L.P., Defendant-Appellant, is a Delaware limited partnership that is not publicly traded;

4. Sessa Capital IM GP, LLC, Defendant-Appellant, is a Delaware limited liability company that is not publicly traded;

5. John E. Petry, Defendant-Appellant, is the founder and manager of the Sessa entities and one of the persons nominated by Sessa as a candidate for election to

the board of Ashford Hospitality Prime Inc. ("Ashford Prime");

6. Philip B. Livingston, Defendant-Appellant, is one of the persons nominated by Sessa as a candidate for election to the board of Ashford Prime;

7. Lawrence A. Cunningham, Defendant-Appellant, is one of the persons nominated by Sessa as a candidate for election to the board of Ashford Prime;

8. Daniel B. Silvers, Defendant-Appellant, is one of the persons nominated by Sessa as a candidate for election to the board of Ashford Prime;

9. Chris D. Wheeler, Defendant-Appellant, is one of the persons nominated by Sessa as a candidate for election to the board of Ashford Hospitality Prime Inc.;

10. Ashford Hospitality Prime, Inc., Plaintiff-Counterclaim-Defendant-Appellee, is a publicly traded Maryland corporation. There are no publicly held corporations that own ten percent or more of Ashford Prime;

11. Ashford Inc., Third-Party Defendant-Appellee, is a publicly-traded Delaware corporation. There are no publicly held corporations that own ten percent or more of Ashford Inc.;

12. Ashford Hospitality Advisors LLC, Third-Party Defendant-Appellee, is a Delaware limited liability company and a subsidiary of and the operating company of Ashford Inc.;

13. Monty J. Bennett, Third-Party Defendant-Appellee, is the CEO and Chairman of the Board of Directors of Ashford Hospitality Prime;

14. Douglas A. Kessler, Third-Party Defendant-Appellee, is a member of the Board of Directors of Ashford Prime;

15. Stefani D. Carter, Third-Party Defendant-Appellee, is a member of the Board of Directors of Ashford Prime;

16. Curtis B. McWilliams, Third-Party Defendant-Appellee, is a member of the Board of Directors of Ashford Prime;

17. W. Michael Murphy, Third-Party Defendant-Appellee, is a member of the Board of Directors of Ashford Prime;

18. Matthew D. Rinaldi, Third-Party Defendant-Appellee, is a member of the Board of Directors of Ashford Prime; and

19. Andrew Strong, Third-Party Defendant-Appellee, is a member of the Board of Directors of Ashford Prime.

*Attorneys for Defendants-Appellants:*

| | |
|---|---|
| Glen E. Summers | Paul J. Skiermont |
| Sundeep Kumar (Rob) Addy | Eliot J. Walker |
| Joseph W. Doman | Shellie Stephens |
| BARTLIT BECK HERMAN PALENCHAR | SKIERMONT DERBY LLP |
| & SCOTT LLP | 2200 Ross Ave., Suite 4800W |
| 1899 Wynkoop Street, 8th Floor | Dallas, Texas 75201 |
| Denver, Colorado 80202 | Telephone No. (214) 978-6600 |
| Telephone No. (303) 592-3100 | Facsimile No. (214) 978-6601 |
| Facsimile No. (303) 592-3140 | |
| | |
| John D. Byars | John B. Isbister |
| BARTLIT BECK HERMAN PALENCHAR | Daniel S. Katz |
| & SCOTT LLP | Christopher D. Heagy |
| Courthouse Place | Thomas M. Joraanstad |
| 54 W. Hubbard St., Suite 300 | TYDINGS & ROSENBERG LLP |
| Chicago, Illinois 60654 | 100 East Pratt Street, 26th Floor |
| Telephone No. (312) 494-4400 | Baltimore, Maryland 21202 |
| Facsimile No. (312) 494-4440 | Telephone No. (410) 752-9700 |
| | Facsimile No. (410) 727-5460 |

*Attorneys for Plaintiffs-Appellees:*

| | |
|---|---|
| Martin L. Seidel | Matthew G. Nielsen |
| Nathan M. Bull | James C. Bookhout |
| Jared Stanisci | Bradley W. Foster |
| Jonathan Morind Hoff | ANDREWS KURTH LLP |
| CADWALADER, WICHERSHAM & TAFT LLP | 1717 Main Street, Suite 3700 |
| 200 Liberty Street | Dallas, Texas 75201 |
| New York, New York 10281 | Telephone No. (214) 659-4400 |
| Telephone No. (212) 504-6000 | Facsimile No. (214) 659-4401 |
| Facsimile No. (212) 406-6666 | |

G. Stewart Webb, Jr.
John T. Prisbe
Michael J. Vilson
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202

James D. Mathias
DLA PIPER LLP (US)
6225 Smith Avenue
Baltimore, Maryland 21209
Telephone No. (410) 580-3000
Facsimile No. (410) 580-3001

David Clarke, Jr.
DLA PIPER LLP (US)
500 8th Street, NW
Washington, DC 20004
Telephone No. (202) 799-4503
Facsimile No (202) 799-5503

James R. Nelson
DLA PIPER LLP (US)
1717 Main Street, Suite 4600
Dallas, Texas 75201-4629
Telephone No. (214) 743-4500
Facsimile No (214) 743-4545

s/ *Glen E. Summers*
Glen E. Summers
 *Attorney of Record for Appellants*

vii

Appellants respectfully move to supplement the record on appeal to include two identical motions for contempt, and a supporting appendix, filed in the district court on June 28, 2016 by Appellee Ashford Hospitality Prime, Inc. ("Ashford Prime" or the "Company"). *See* Case No. 16-cv-00527-N, ECF No. 116; Case No. 16-cv-00713-N, ECF No. 88 (the "Contempt Motion").

This Court has the authority pursuant to Federal Rule of Appellate Procedure 10(e)(c) to correct or modify the record on appeal. As explained in Appellants' Opposition to Appellees' Motion to Dismiss Appeal as Moot, the pendency of the Contempt Motion in the district court gives rise to a continuing need to adjudicate the validity of the district court's preliminary injunction decision. *See Karaha Bodas Co. v. Perusahaan Pertambangan Minyak Dan Gas Bumi Negara*, 335 F.3d 357, 366 & n.34 (5th Cir. 2003).

Alternatively, this Court may take judicial notice of these materials. *See* Fed. R. Evid. 201(b)(2); *ITT Rayonier Inc. v. United States*, 651 F.2d 343, 345 n.2 (5th Cir. 1981) (court of appeals may take judicial notice of the records of inferior courts relevant to mootness issue).

Date: July 5, 2016

John D. Byars
john.byars@bartlit-beck.com
BARTLIT BECK HERMAN PALENCHAR
   & SCOTT LLP
Courthouse Place
54 W. Hubbard Street, Suite 300
Chicago, Illinois 60654
Telephone No. (312) 494-4400
Facsimile No.: (312) 494-4440

Respectfully submitted,

s/ *Glen E. Summers*

Glen E. Summers, Lead Counsel
glen.summers@bartlit-beck.com
Joseph W. Doman
joe.doman@bartlit-beck.com
BARTLIT BECK HERMAN PALENCHAR
   & SCOTT LLP
1899 Wynkoop Street, 8th Floor
Denver, Colorado 80202
Telephone No. (303) 592-3100
Facsimile No.: (303) 592-3140

*Attorneys for Appellants*

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that on July 5, 2016, this motion was transmitted to the Clerk of the United States Court of Appeals for the Fifth Circuit via the Court's CM/ECF document filing system and that this motion complies with the requirements of 5th Cir. R. 27.4, Fed. R. App. P. 27(d), Fed. R. App. P. 32(a), and 5th Cir. R. 32.  This motion has been prepared in Garamond, a proportionally spaced typeface using Microsoft Word 2013 in font size 14.

The undersigned further certifies that (1) any required privacy redactions have been made pursuant to 5th Cir. R. 25.2.13; and (2) this document has been scanned for viruses with the most recent version of GFI Cloud Antivirus and is free of viruses.

s/ *Glen E. Summers*
Glen E. Summers, Lead Counsel
glen.summers@bartlit-beck.com
BARTLIT BECK HERMAN PALENCHAR
   & SCOTT LLP
1899 Wynkoop Street, 8th Floor
Denver, Colorado 80202
Telephone No. (303) 592-3100
Facsimile No.: (303) 592-3140

*Attorneys for Appellants*

## CERTIFICATE OF SERVICE

I certify that on July 5, 2016, the foregoing Motion was filed electronically using the Court's CM/ECF system, which will give notice of the filing to counsel. In addition, an electronic copy of the Brief was served upon counsel for the Appellees listed below by electronic mail:

David Clarke, Jr.
DLA PIPER LLP (US)
500 8th Street, NW
Washington, DC 20004
Email: david.clarke@dlapiper.com

                                              s/ *Glen E. Summers*
                                              Glen E. Summers, Lead Counsel
                                              glen.summers@bartlit-beck.com
                                              BARTLIT BECK HERMAN PALENCHAR
                                                  & SCOTT LLP
                                              1899 Wynkoop Street, 8th Floor
                                              Denver, Colorado 80202
                                              Telephone No. (303) 592-3100
                                              Facsimile No.: (303) 592-3140

                                              *Attorneys for Appellants*

## *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 11, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 16-10671 cons/w 16-10672
        Ashford Hospitality Prime, Inc, et al v. Sessa
        Capital (Master), L.P., et al
        USDC No. 3:16-CV-527&USDC No. 3:16-CV-713

The court has granted appellants motion to supplement the record with with recently filed Motions for Contempt for Violation of Preliminary Injunction. The district court is requested to provide us with a supplemental electronic record consisting of the documents outlined in the attached motion. Counsel is reminded that any citations to these documents must cite to the supplemental electronic record.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____
        Nancy F. Dolly, Deputy Clerk
        504-310-7683

Mr. Sundeep Kumar Addy
Mr. Thomas F. Allen Jr.
Mr. James C. Bookhout
Mr. Nathan Bull
Mr. John David Byars
Mr. Joseph Doman
Mr. Bradley Wayne Foster
Mr. Jonathan Morind Hoff
Ms. Karen S. Mitchell
Mr. Matthew Griffith Nielsen
Mr. Martin L. Seidel
Mr. Evan P. Singer
Mr. Paul Joseph Skiermont
Mr. Jared Stanisci
Mr. Glen E. Summers

P.S. **To The District Court:** The above case is scheduled for oral argument on Tuesday, August 2, 2016, therefore the Supplemental Electronic record is due Friday, July 15, 2016.