# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| ASHFORD HOSPITALITY PRIME, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| SESSA CAPITAL (MASTER), L.P., SESSA CAPITAL GP, LLC, | ) |
| SESSA CAPITAL IM, L.P., SESSA CAPITAL IM GP, LLC, | ) |
| JOHN E. PETRY, PHILIP B. LIVINGSTON, LAWRENCE A. | ) |
| CUNNINGHAM, DANIEL B. SILVERS and CHRIS D. | ) |
| WHEELER, | )  NO. 3:16-cv-00527-N |
| | ) |
| Defendants; | ) |
| | ) |

| | |
|---|---|
| | ) |
| SESSA CAPITAL (MASTER), L.P. | ) |
| | ) |
| Counterclaim - Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ASHFORD HOSPITALITY PRIME, INC., | ) |
| | ) |
| Counterclaim - Defendant; | ) |
| | ) |
| | ) |
| | ) |
| | ) |

| | |
|---|---|
| SESSA CAPITAL (MASTER), L.P., | ) |
| | ) |
| Third-Party Plaintiff; | ) |
| | ) |
| v. | ) |
| | ) |
| ASHFORD INC., ASHFORD HOSPITALITY ADVISORS LLC, | ) |
| MONTY J. BENNETT, DOUGLAS A. KESSLER, STEFANI D. | ) |
| CARTER, CURTIS B. MCWILLIAMS, W. MICHAEL | ) |
| MURPHY, MATTHEW D. RINALDI, and ANDREW STRONG | ) |
| | |
| Third-Party Defendants. | |

| | |
|---|---|
| ASHFORD HOSPITALITY PRIME, INC., | ) consolidated with |
| | ) |
|     Plaintiff, | ) NO. 3:16-cv-00713-N |
| | ) |
| v. | ) |
| | ) |
| SESSA CAPITAL (MASTER), L.P., SESSA CAPITAL GP, LLC, | ) |
| SESSA CAPITAL IM, L.P., SESSA CAPITAL IM GP, LLC, | ) |
| JOHN E. PETRY, PHILIP B. LIVINGSTON, LAWRENCE A. | ) |
| CUNNINGHAM, DANIEL B. SILVERS and CHRIS D. | ) |
| WHEELER, | ) |
| | ) |
|     Defendants. | ) |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED, by and among the parties, through their undersigned counsel, that:

1. Plaintiff Ashford Hospitality Prime, Inc. hereby voluntarily dismisses all claims against Defendants with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii);

2. Counterclaimant and Third-Party Claimant Sessa Capital (Master), L.P. hereby voluntarily dismisses all claims and counterclaims against Plaintiff, Counterclaim-Defendant and Third-Party Defendants with prejudice pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(ii); and

3. Each party will bear its own attorneys' fees, costs and other expenses.

DATED:      February 20, 2017

DAL:952682.2

ANDREWS KURTH KENYON LLP


 _s/ Matthew G. Nielsen_____

Matthew G. Nielsen
matthewnielsen@andrewskurth.com
Bradley W. Foster
bradfoster@andrewskurth.com
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone No.: (214) 659-4400
Facsimile No.:  (214) 659-4401

**CADWALADER, WICKERSHAM & TAFT LLP**

Jason M. Halper (*Pro Hac Vice* application forthcoming)
jason.halper@cwt.com
Nathan M. Bull (*Pro Hac Vice*)
nathan.bull@cwt.com
Jared Stanisci (*Pro Hac Vice*)
jared.stanisci@cwt.com
200 Liberty Street
New York, New York 10281
Telephone No.: (212) 504-6000
Facsimile No.: (212) 406-6666

***Attorneys for Ashford Hospitality Prime, Inc., Douglas A. Kessler, Stefani D. Carter, Curtis B. McWilliams, W. Michael Murphy, Matthew D. Rinaldi, and Andrew Strong***

**SKIERMONT DERBY LLP**


 _s/ Paul J. Skiermont_____
Paul J. Skiermont
Texas State Bar No. 24033073
Email: pskiermont@skiermontderby.com
Eliot J. Walker
Texas State Bar No. 24058165
Email: ewalker@skiermontderby.com
Shellie Stephens
Texas State Bar No. 24079398
Email: sstephens@skiermontderby.com
2200 Ross Ave., Suite 4800W
Dallas, Texas 75201
Telephone No.: (214) 978-6600
Facsimile No.: (214) 978-6601

**BARTLIT BECK HERMAN
    PALENCHAR & SCOTT LLP**

Glen E. Summers (*Pro Hac Vice*)
Email: glen.summers@bartlit-beck.com
Joseph Doman (*Pro Hac Vice*)
Email: joe.doman@bartlit-beck.com
1899 Wynkoop Street, 8th Floor
Denver, Colorado 80202
Telephone No. (303) 592-3100
Facsimile No.: (303) 592-3140


John D. Byars (*Pro Hac Vice*)
Email: john.byars@bartlit-beck.com
Courthouse Place
54 W. Hubbard St., Suite 300
Chicago, Illinois 60654
Telephone No. (312) 494-4400
Facsimile No.:  (312) 494-4440


***Attorneys for Sessa Capital (Master), L.P., Sessa Capital GP, LLC, Sessa Capital IM, L.P., Sessa Capital IM GP, LLC, John E. Petry, Philip B. Livingston, Lawrence A. Cunningham, Daniel B. Silvers, Chris D. Wheeler***

## CERTIFICATE OF SERVICE

I certify that, pursuant to L.R. 5.1(d), on February 20, 2017, a copy of the foregoing document was served on all counsel of record via the Court's CM/ECF Filing System, including the following counsel for parties opposed to the foregoing relief:

Paul J. Skiermont
Eliot J. Walker
Shellie Stephens
SKIERMONT DERBY LLP
2200 Ross Avenue, Suite 4800W
Dallas, TX 75201
214/978-6600
Fax: 214/978-6601
pskiermont@skiermontderby.com
ewalker@skiermontderby.com
sstephens@skiermontderby.com

and

Glen Summers
John D. Byars
Joseph W. Doman
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
Courthouse Place
54 West Hubbard
Suite 300
Chicago, IL 60654
312-494-4443
Fax: 312-494-4440
glen.summers@bartlit-beck.com
john.byars@bartlit-beck.com
joe.doman@bartlit-beck.com

*Attorneys for Sessa Capital (Master) LP and Related Defendants*

  /s/   Matthew G. Nielsen