# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| ASHFORD HOSPITALITY PRIME, INC., <br><br> Plaintiff, <br><br> v. <br><br> SESSA CAPITAL (MASTER), L.P., SESSA CAPITAL GP, LLC, SESSA CAPITAL IM, L.P., SESSA CAPITAL IM GP, LLC, JOHN E. PETRY, PHILIP B. LIVINGSTON, LAWRENCE A. CUNNINGHAM, DANIEL B. SILVERS and CHRIS D. WHEELER, <br><br> Defendants; | NO. 3:16-cv-00527-N |
| SESSA CAPITAL (MASTER), L.P. <br><br> Counterclaim - Plaintiff, <br><br> v. <br><br> ASHFORD HOSPITALITY PRIME, INC., <br><br> Counterclaim - Defendant; | |
| SESSA CAPITAL (MASTER), L.P., <br><br> Third-Party Plaintiff; <br><br> v. <br><br> ASHFORD INC., ASHFORD HOSPITALITY ADVISORS LLC, MONTY J. BENNETT, DOUGLAS A. KESSLER, STEFANI D. CARTER, CURTIS B. MCWILLIAMS, W. MICHAEL MURPHY, MATTHEW D. RINALDI, and ANDREW STRONG <br><br> Third-Party Defendants. | |

| | |
|---|---|
| ASHFORD HOSPITALITY PRIME, INC., | ) consolidated with |
| | ) |
| Plaintiff, | ) NO. 3:16-cv-00713-N |
| | ) |
| v. | ) |
| | ) |
| SESSA CAPITAL (MASTER), L.P., SESSA CAPITAL GP, LLC, | ) |
| SESSA CAPITAL IM, L.P., SESSA CAPITAL IM GP, LLC, | ) |
| JOHN E. PETRY, PHILIP B. LIVINGSTON, LAWRENCE A. | ) |
| CUNNINGHAM, DANIEL B. SILVERS and CHRIS D. | ) |
| WHEELER, | ) |
| | ) |
| Defendants. | ) |

## AGREED ORDER FOR RELEASE OF PRELIMINARY INJUNCTION BOND

Before the Court is the Joint Stipulation for Release of Injunction Bond (the "Stipulation") of the Parties agreeing to the release of the $100,000 cash security bond paid by Ashford Prime to secure the Preliminary Injunction issued by the Court on May 20, 2016 (the "Bond") that Ashford Hospitality Prime posted in this case as required in the Court's May 20, 2016 Order granting Ashford Prime's request for a preliminary injunction.

Given that the parties have reached a resolution in this dispute and given their agreement to the relief requested in the Stipulation, the Court hereby **ORDERS** that the Bond and accrued interest be released to Ashford Hospitality Prime and directs the Clerk of the Court to release the Bond to Ashford Hospitality Prime and mail the check to Andrews Kurth Kenyon LLP, 1717 Main Street, Suite 3700, Dallas, Texas 75201, Attn: Debbie Reese.

SIGNED this 24th day of February, 2017.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE

**AGREED TO AND STIPULATED BY:**

| | |
|---|---|
| **ANDREWS KURTH KENYON LLP** | **SKIERMONT DERBY LLP** |

 *s/ Matthew G. Nielsen*  

Matthew G. Nielsen
matthewnielsen@andrewskurth.com
Bradley W. Foster
bradfoster@andrewskurth.com
1717 Main Street, Suite 3700
Dallas, Texas 75201
Telephone No.: (214) 659-4400
Facsimile No.:  (214) 659-4401

**CADWALADER, WICKERSHAM & TAFT LLP**

Jason M. Halper (*Pro Hac Vice* application forthcoming)
jason.halper@cwt.com
Nathan M. Bull (*Pro Hac Vice*)
nathan.bull@cwt.com
Jared Stanisci (*Pro Hac Vice*)
jared.stanisci@cwt.com
200 Liberty Street
New York, New York 10281
Telephone No.: (212) 504-6000
Facsimile No.:  (212) 406-6666

***Attorneys for Ashford Hospitality Prime, Inc., Douglas A. Kessler, Stefani D. Carter, Curtis B. McWilliams, W. Michael Murphy, Matthew D. Rinaldi, and Andrew Strong***

 *s/ Paul J. Skiermont*  
Paul J. Skiermont
Texas State Bar No. 24033073
Email: pskiermont@skiermontderby.com
Eliot J. Walker
Texas State Bar No. 24058165
Email: ewalker@skiermontderby.com
Shellie Stephens
Texas State Bar No. 24079398
Email: sstephens@skiermontderby.com
2200 Ross Ave., Suite 4800W
Dallas, Texas 75201
Telephone No.: (214) 978-6600
Facsimile No.: (214) 978-6601

**BARTLIT BECK HERMAN
   PALENCHAR & SCOTT LLP**

Glen E. Summers (*Pro Hac Vice)*
Email: glen.summers@bartlit-beck.com
Joseph Doman (*Pro Hac Vice)*
Email: joe.doman@bartlit-beck.com
1899 Wynkoop Street, 8th Floor
Denver, Colorado 80202
Telephone No. (303) 592-3100
Facsimile No.: (303) 592-3140

John D. Byars (*Pro Hac Vice)*
Email: john.byars@bartlit-beck.com
Courthouse Place
54 W. Hubbard St., Suite 300
Chicago, Illinois 60654
Telephone No. (312) 494-4400
Facsimile No.:  (312) 494-4440

***Attorneys for Sessa Capital (Master), L.P., Sessa Capital GP, LLC, Sessa Capital IM, L.P., Sessa Capital IM GP, LLC, John E. Petry, Philip B. Livingston, Lawrence A. Cunningham, Daniel B. Silvers, Chris D. Wheeler***